# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARYSE CARRIGY,
Appellant,
vs.
RONAN CARRIGY,
Respondent.

No. 81769

FILED

DEC 0 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on September 11, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. Although appellant subsequently filed a notice of withdrawal of appeal, to date, appellant still has not paid the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee.[1] *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Jennings & Fulton, Ltd.
Naimi & Cerceo
Eighth District Court Clerk

---

[1]In light of this order no action will be taken on the notice of withdrawal of this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)·1947

20-44662